UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) Criminal No. 10 CR 10092 DPW (JGD) | |
| JIMMAL MARSHALL | ) VIOLATIONS: | |
| | ) 21 U.S.C. § 841(a)(1) -- Distribution of Cocaine | |
| | ) 21 U.S.C. § 860 -- Distribution of a Controlled Substance Within 1000 Feet of a School | |
| | ) 18 U.S.C. § 2 -- Aiding and Abetting | |
| | ) 21 U.S.C. § 853- Criminal Forfeiture | |

INDICTMENT

COUNT ONE:    (21 U.S.C. § 841(a)(1)--Distribution of Cocaine)

The Grand Jury charges that:

On or about September 16, 2009, at Boston in the District of Massachusetts,

**JIMMAL MARSHALL,**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendants within one thousand feet

of the real property comprising a school, more particularly, the Dearborn Middle School located at 35 Greenville Street in Roxbury, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count 1 of this Indictment,

**JIMMAL MARSHALL,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    March 25, 2010

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk       3/25/2010
                   @ 12:37pm